AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 03 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>Letanrence Miles<br><br>*Defendant(s)* | Case No.  2:24-mj- 1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 27, 2023   in the county of   Forrest   in the
  Southern   District of   MS, Eastern Division  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape by Prisoner in Custody of Federal Institution. |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Laura Reagan, Deputy U.S. Marshal, USMS
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  January 3, 2024

_____
*Judge's signature*

City and state:   Hattiesburg, Mississippi     Michael T. Parker, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Laura Reagan, Deputy United States Marshal of the Southern District of Mississippi, being duly sworn, do hereby declare and state the following:

### Introduction

I am a Deputy United States Marshal (DUSM). I have been a DUSM since January 2009. I am currently assigned to the Southern District of Mississippi, Hattiesburg, Mississippi Office. While employed with the United States Marshals Service, I have conducted criminal investigations involving violations of Title 18, USC 751-Escape, and Title 18 USC 2250-Failure to Register.

This affidavit is made in support of obtaining a Criminal Complaint and Arrest Warrant charging Letanrence MILES with a violation of Title 18 U.S.C. § 751 (a), to wit: Escape. Because this affidavit is being submitted for the limited purpose of securing a Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that a violation of the aforementioned statute exists. The facts set forth in this affidavit are based on my own personal knowledge, discussions I have had with other law enforcement officers, witnesses, interviews, and my review of reports, records, and other evidence.

### Probable Cause

On September 12, 2017, Letanrence MILES was sentenced in the United States District Court for the Southern District of Mississippi in case # 1:17CR33 to 135 months in the custody of the Bureau of Prisons for possession with intent to distribute more than 50 grams of methamphetamine. On January 11, 2023, MILES was transferred from the Federal Correctional Institution (FCI) Seagoville to the Residential Reentry Center (RRC) Dismas Charities located at 5209 Old Hwy 42 Bypass, Hattiesburg, MS 39401. On December 27, 2023, at approximately 5:30 A.M., MILES left Dismas Charities to go to work at Omega Protein located at 5735 Elder Ferry Rd., Moss Point, MS 39563. On December 27, 2023, at approximately 12:55 P.M., Dismas Charities Staff was conducting routine job checks and was notified that Omega Protein was closed all week for the holidays and confirmed MILES was not at work.

According to Tracktech GPS, MILES's phone was left at the Omega Protein guard shack. Dismas Charities Staff called MILES's personal cellphone, emergency contact, and his Tracktech phone number with negative results. On December 27, 2023, at approximately 1:30 P.M., Dismas Charities Staff received a call back from MILES emergency contact, Francis Lewis. Ms. Lewis stated that MILES leaves his phone at the guard shack so that it appears he is at work. Ms. Lewis further stated she did not know MILES's current whereabouts. As of January 3, 2024, MILES has not reported back to the facility and his whereabouts are currently unknown.

Based on the foregoing facts and circumstances, I believe that there is probable cause that Letanrence MILES violated Title 18 U.S.C. § 751 (a), to wit; Escape.

_____
Laura Reagan
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before this 3rd day of January 2024.

_____
United States Magistrate Judge